

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2019

No. 04-19-00693-CR

**IN RE** John Michael **POPE**, Jr.

Original Mandamus Proceeding[1]

### ORDER

On October 9, 2019, relator filed a petition for writ of mandamus. After considering the petition and because relator is represented by trial counsel, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on October 16, 2019.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2019.

_____
Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of Cause No. 2018-CR-12867, styled *The State of Texas v. John Michael Pope, Jr.*, pending in the 437th Judicial District Court, Bexar County, Texas, the Honorable Lori I. Valenzuela presiding.